UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STO SE & CO. KGAA; STO CORP.,

                Plaintiffs,

v.

STO BUILDING GROUP INC.; STO HOLDINGS INC.,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/23/2020

20-CV-1333 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 crisis, the Court will not hold the upcoming initial status conference in this case in person. Counsel should still submit their joint letter by April 24, 2020, as directed in the Case Management Plan and Scheduling Order. Dkt. 10. If the parties are unable to submit their joint letter by April 24, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

    Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    April 23, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge